Mack F. BURNS, Plaintiff-Appellant,

United States Fidelity & Guaranty Co.,
Intervenor-Appellant,

v.

E.I. DuPONT De NEMOURS AND
COMPANY, Defendant-Appellee.

Willie HARRIS, Plaintiff-Appellant,

v.

E.I. DuPONT De NEMOURS AND COM-
PANY, et al., Defendants-Appellees.

Nos. 84–3538, 84–3570
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 2, 1985.

Tullos, Tullos & Tullos, Eugene C. Tul-
los, Raleigh, Miss., George & George, Ltd.,
Vincent J. DeSalvo, Baton Rouge, La., for
Burns.

Donovan & Lawler, James L. Donovan,
Metairie, La., for U.S. Fidelity & Guaranty
Co.

Arthur Cobb, Ltd., Arthur Cobb, Baton
Rouge, La., for Harris.

Chaffe, McCall, Phillips, Toler & Sarpy,
Harry McCall, Jr., L. Havard Scott, III,
New Orleans, La., for defendants-appel-
lees.

Before WILLIAMS, JOLLY and HILL,
Circuit Judges.

PER CURIAM:

Affirmed on the basis of the district
court's opinion. *See* 600 F.Supp. 20 (E.D.
La.1984).

AFFIRMED.